FILED
DEC 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Paul L. Hickman *Pro Se*
P.O. Box 1823
Los Altos, California
94023-1823
Tel. (650) 333-0180

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PAUL L. HICKMAN,

Plaintiff,

v.

Hon. Jon W. Dudas
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

Defendant.

CASE NUMBER 1:05CV02426

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/19/2005

**COMPLAINT TO AUTHORIZE THE DIRECTOR TO ISSUE LETTERS PATENT**

1. This is an action by an applicant for patent, dissatisfied with the decision of the Board of Patent Appeals and Interferences ("Board of Appeals"), who is seeking a judgment that he is entitled to a patent for his invention as specified in the claims involved in the decision of the Board of Appeals. This Court has jurisdiction and venue pursuant to 35 U.S.C. § 145.

2. Plaintiff is Paul L. Hickman, an inventor. Defendant is the Hon. Jon W. Dudas, the Undersecretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO").

PAUL L. HICKMAN
P.O. Box 18230
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199

3. On March 20, 1997 Mr. Hickman caused to be filed in the USPTO an application for Letters Patent for "Television Receiver with Integrated Internet Apparatus." The application received serial number 08/821,267 (hereafter "the '267 application").

4. The '267 application, as presently amended, contains claims to which Plaintiff believes himself to be entitled. These claims are numbered 1-3, 7-15, 17, and 20-23 (hereinafter referred to as "the pending claims"). The application, as amended, is entitled "Television Receiver with Integrated Internet Access."

5. On July 11, 2003, the USPTO, by Examiner Tung T. Vo, finally rejected all of the pending claims.

6. Specifically, the Examiner rejected all of the pending claims pursuant to 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 5,805,806 to McArthur in view of U.S. Patent No. 5,592,234 to Gardner et al. ("the obviousness rejections"). The Examiner made this rejection without establishing – as required by law – a prima facie case of obviousness.

7. Mr. Hickman appealed to the Board of Appeals. On March 1, 2005 the Board of Appeals rendered its decision whereby it reversed the Examiner's rejections of the pending claims and entered its own rejection of all of the pending claims under 35 U.S.C. § 103 as being unpatentable over U.S. Patent No. 5,675,390 to Schindler et al. in view of appellant's admitted prior art.

8. On September 11, 2005 Mr. Hickman timely filed a request for rehearing under 37 C.F.R. 41.52. On October 17, 2005 the Board of Appeals denied Mr. Hickman's request for rehearing.



PAUL L. HICKMAN
P.O. Box 18230
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199

9. The decision of the Board of Appeals adjudging Mr. Hickman was not entitled to a patent for the invention claimed in the pending claims was erroneous and contrary to law.

10. Specifically, the Board of Appeals erred in rejecting the pending claims under 35 U.S.C. § 103 in view of Schindler et al.

11. Mr. Hickman has not appealed to the United States Court of Appeals for the Federal Circuit for the decision of the Board of Appeals. The complaint in this Court is being filed, in accordance with 37 C.F.R. § 1.304(a), within 60 days, following the decision by the Board of Appeals denying Mr. Hickman's request for rehearing.

12. Mr. Hickman is entitled to receive a patent for his invention as specified in the pending claims of the '267 application.

WHEREFORE, Mr. Hickman respectfully prays as follows:

A. For a decree that Mr. Hickman is entitled to receive a Letters Patent for the invention as shown and described in the '267 application, in due form of law as prescribed by the Patent Statute, 35 U.S.C. § 1 et seq.

B. For a decree pursuant to 35 U.S.C. § 145 authorizing the Director of the United States Patent and Trademark Office to issue Letters Patent on the invention in due form of law and as prescribed by the Patent Statute, 35 U.S.C. § 1 et seq.

C. That Mr. Hickman has such other and further relief as the nature of the case may admit or require and as may be just and equitable.

PAUL L. HICKMAN
P.O. Box 18230
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199

Dated: 12-15-05

Respectfully Submitted,

Paul L. Hickman, *Pro Se*
P.O. Box 1823
Los Altos, California
94023-1823
Tel. 650-333-0180
Fax. 650-949-3199
E-Mail: phickman@hotmail.com

COMPLAINT TO ISSUE PATENT - 4
[/Complaint Hickman v Commissioner.doc]

PAUL L. HICKMAN
P.O. Box 18230
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199