UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL L. HICKMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.05-2426 (RBW) |
| JONATHAN W. DUDAS, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

On December 19, 2005, the plaintiff filed this action challenging a determination by the Patent and Trademark Office. However, since filing the complaint, the plaintiff has made no effort to pursue prosecuting the above captioned case. Accordingly, it is hereby this 24th day of March, 2006,

**ORDERED**, that the plaintiff shall show cause by April 7, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge