PAUL L. HICKMAN, D.C. Bar No. 454528
TIPS Group
P.O Box 1639
Los Altos, CA  94023
Telephone:    (650) 333-0180
Facsimile:     (800) 822-7095
Email:         phickman@tipsgroup.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL L. HICKMAN<br><br>       Plaintiff,<br><br>   v.<br><br>JONATHAN W. DUDAS<br><br>       Defendant. | Civil Action No. 05-2426 (RBW)<br><br>**SUBSTITUTION AND APPOINTMENT OF ATTORNEY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Paul L. Hickman, an individual, hereby substitutes and appoints counsel of record in this action as follows:

                  PAUL L. HICKMAN, D.C. Bar No. 454528
                  TIPS Group
                  P.O Box 1639
                  Los Altos, CA  94023
                  Telephone:    (650) 333-0180
                  Facsimile:     (800) 822-7095
                  Email:         phickman@tipsgroup.org

1

2      This substitution shall be effective as of the date of Plaintiff's signature below.

3

4

5    DATED: *April 7, 2006*                    _____
                                                        Paul L. Hickman, Plaintiff
6

7

8              Substitution and appointment accepted.

9

10

11                                  **TIPS Group**

12

13                                  By _____
                                                Paul L. Hickman, Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28