Paul L. Hickman *Pro Se*
P.O. Box 1823
Los Altos, California
94023-1823
Tel. (650) 333-0180



**RECEIVED**
APR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAUL L. HICKMAN,

   Plaintiff,

v.

JONATHAN W. DUDAS

   Defendant.

Civil Action No. 05-2426 (RBW)

RESPONSE TO ORDER TO SHOW CAUSE

## RESPONSE TO ORDER TO SHOW CAUSE

On April 6, 2006, Plaintiff received via regular mail an Order to Show Cause filed by the Court on 03/24/2006. In the Order to Show Cause, Plaintiff is ordered to show cause as of <u>April 7, 2006</u> (i.e. the next day) as to why this case should not be dismissed for want of prosecution. The following is Plaintiff's response.

RESPONSE TO ORDER    1
[/Response to Order]

PAUL L. HICKMAN
P.O. Box 1823
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199

This action is a civil action for administrative review of an adverse decision made by the United States Patent and Trademark Office (USPTO) with respect to Plaintiff's patent. Plaintiff originally attempted to file the Complaint on Friday, December 16, 2005, but the filing was denied due to a lack of Plaintiff's original signature on the Complaint. A new Complaint was sent via Federal Express on December 16, 2005 to a D.C. area filing service, and the originally signed complaint was filed on Monday, December 19, 2005, the statutory bar date for such filing.

Plaintiff, who is also an attorney, filed this Complaint *pro se* because he was not admitted to the District Court for the District of Columbia. Plaintiff was, however, in the application process for admission to the D.C. District Court at the time of the filing. Unfortunately, Plaintiff missed the swearing-in ceremony scheduled for January, 2006 and was forced to wait for the swearing in ceremony scheduled for April, 2006. Plaintiff swore in to the D.C. District Court on April 3, 2006 and was presented with his Bar card.

Plaintiff delayed serving summons until after he became admitted to the D.C. District Court so that he could avail himself of the ECF filing system for the convenience of the parties and the Court. In particular, it is difficult for Plaintiff to file papers with original signatures on short notice. Plaintiff has applied for, but has not yet received, access to the ECF filing system for the D.C. District Court. Plaintiff has used the ECF filing system of the Northern District of California, and is familiar with the ECF process.

Under Federal Civil Rule 4(m), if the service of summons and complaint is not made upon a defendant <u>within 120 days</u> after the filing of the complaint,

RESPONSE TO ORDER                              2
[/Response to Order]

PAUL L. HICKMAN
P.O. Box 1823
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199

the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice. However, in this case, such a dismissal would be with prejudice, as the statutory deadline for filing the complaint was the filing date of the present complaint.

Plaintiff is well aware of the 120 day deadline, which in this instance is <u>April 18, 2006</u>. However, Plaintiff was delaying service of the summons and complaint until his ECF application was granted. Under any circumstance, however, Plaintiff will serve its summons and complaint prior to the deadline date, which is still some 12 days away.

Having shown good cause, Plaintiff prays that the above-captioned case NOT be dismissed. A proposed order is enclosed herewith for the convenience of the Court.

Dated: 04/06/2006

Respectfully Submitted,

Paul L. Hickman, *Pro Se*
P.O. Box 1823
Los Altos, California
94023-1823
Tel. 650-333-0180
Fax. 650-949-3199
E-Mail: phickman@hotmail.com

RESPONSE TO ORDER          3
[/Response to Order]

PAUL L. HICKMAN
P.O. Box 1823
Los Altos, CA 94023-1823
Phone: 650-333-0180
Fax: 650-949-3199