IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL L. HICKMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN W. DUDAS<br><br>　　　　Defendant. | Civil Action No. 05-2426 (RBW)<br><br>[PROPOSED] ORDER TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT |

### [PROPOSED] ORDER TO SERVE SUMMONS AND COMPLAINT

Having shown good cause as to why this case should not be dismissed for want of prosecution, it is hereby **ORDERED** that Plaintiff serve summons and complaint on Defendant no later than April 18, 2006.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　REGGIE G. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge