UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL L. HICKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>    Defendant. | Civil Action No. 05-2426 (RBW) |

ANSWER

Defendant Jonathan W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), hereby answers the complaint as follows:

Paragraph (¶) 1. This paragraph is plaintiff's characterization of his case and a statement of legal conclusions on jurisdiction and venue, as to which no response is required.

¶ 2. Admitted.

¶ 3. Admitted.

¶ 4. This paragraph states that "Plaintiff believes himself to be entitled [to a patent]" to which no response is required. This paragraph also states a title for plaintiff's invention that slightly differs from the pertinent USPTO records, which speak for themselves. Defendant admits the remaining allegations recited in this paragraph.

¶ 5. Admitted.

¶ 6. Admitted.

¶ 7. Admitted.

¶ 8. Admitted.

¶ 9. Denied.

¶ 10. Denied.

¶ 11. Admitted.

¶ 12. Denied.

The remainder of the complaint consists of plaintiff's prayer for relief as to which no response is required. To the extent a response is deemed to be required, defendant denies that plaintiff is entitled to any relief from defendant.

All allegations not expressly admitted or denied are denied.

## AFFIRMATIVE DEFENSE

Plaintiff's claims in USPTO patent application 08/821,267 are unpatentable.

\* \* \* \*

WHEREFORE, defendant requests that this Court deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, award the defendant the costs of this action, and direct plaintiff, pursuant to 35 U.S.C. § 145, to reimburse the defendant for all reasonable expenses incurred in defending this action, regardless of whether the final decision is in favor of Defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

FRED E. HAYNES, D.C. Bar #165654

2

        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

Of Counsel:

JOHN M. WHEALAN
Solicitor

JOSEPH G. PICCOLO
STEPHEN WALSH
Associate Solicitors

United States Patent and Trademark Office
Alexandria, Virginia