UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL L. HICKMAN, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN W. DUDAS <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2426 (RBW) <br> ) <br> ) <br> ) <br> ) |

CONSENT MOTION FOR EXTENSION OF TIME FOR
THE INITIAL SCHEDULING CONFERENCE IN THIS CASE

The initial scheduling conference in this case is set for August 17, 2006, at 10:00a.m. The parties are now in discussions that may obviate the need for further proceedings in this case. In light of this, defendant requests that the Court reschedule the initial scheduling conference to a time convenient to the Court in the latter part of September 2006. Plaintiff has consented to this motion.

Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL L. HICKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-2426 (RBW) |

<u>ORDER</u>

Upon consideration of the consent motion by the defendant for an extension of time for the holding of the initial scheduling conference, it is this _____ day of _____, 2006,

ORDERED that the initial scheduling conference is rescheduled for September ___, 2006, at _____ a.m./p.m.

UNITED STATES DISTRICT JUDGE

Copies to plaintiff and counsel of defendant