UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL L. HICKMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2426 (RBW) |
| JONATHAN W. DUDAS, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION TO WITHDRAW AND DISMISS CIVIL ACTION**

Plaintiff hereby withdraws and moves to dismiss the above-captioned civil action in view of the following:

1) On August 19, 2006 Plaintiff filed a continuation patent application with the United States Patent and Trademark Office ("USPTO"), which was assigned U.S. Serial No. 11/506,501 ("the '501 Application");

2) Defendant has agreed to conduct proceedings at the USPTO with respect to the '501 Application in an expedited manner. *See* USPTO Manual of Patent Examining Procedure § 708.01 and 37 CFR § 1.102(a). In particular, the USPTO Solicitor's Office will monitor the '501 Application throughout its pendency at the USPTO. In addition, the USPTO examiner assigned to the '501 Application will attempt, within three months of the parties' agreement herein, to issue his office action on the case.

3) Plaintiff respectfully traverses the position of Defendant with respect to the rejection of the claims of the application in suit, namely U.S. Serial No.

       08/821,267 filed 03/20/97 ("the '267 Application"), but agrees to this dismissal for the purpose of expediting the examination of the '501 Application.

4)    Plaintiff agrees to the dismissal of the above-identified civil action with prejudice, and agrees that such dismissal is a complete and final termination of proceedings with respect to the '267 Application.

A proposed Order accompanies this motion.

                              TECHNOLOGY & INTELLECTUAL
                              PROPERTY STRATEGIES GROUP PC

                                    /s/

By: _____
            Paul L. Hickman

Attorneys for Plaintiff Paul L. Hickman