UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL L. HICKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2426 (RBW) |
| ) | |
| JONATHAN W. DUDAS, ) | |
| ) | |
| Defendant. ) | |

(PROPOSED) ORDER

Pursuant to Plaintiff's Motion to Withdraw and Dismiss Civil Action, it is hereby

**ORDERED** that the above-captioned Civil Action be:

**DISMISSED WITH PREJUDICE**

**SO ORDERED**.

Dated: _____          _____
                                                                REGGIE B. WALTON
                                                                United States District Judge