UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL L. HICKMAN,<br><br>      Plaintiff,<br><br>v.<br><br>JONATHAN W. DUDAS,<br><br>      Defendant. | Civil Action No. 05-2426 (RBW) |

**ECF**

ORDER

Pursuant to Plaintiff's Motion to Withdraw and Dismiss Civil Action, it is hereby

**ORDERED** that the above-captioned Civil Action be:

**DISMISSED WITH PREJUDICE**

**SO ORDERED.**

Dated: September 25, 2006

/s/ REGGIE B. WALTON
United States District Judge